IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01041-WYD-MEH

IDALMIS C. COOLEY;
LOUANN L. BIENEMANN;
MAK S. CABRAL;
ELICIA L. ARAGON;
JACQUELYN DRUMMOND; and
ROBERT L. HOUK,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY;
DAN VAN BUSKIRK; and
DARRELL B. LARSON, d/b/a DARRELL B. LARSON AGENCY,

      Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on the Notice of Removal filed by Defendants. The Notice of Removal asserts that although the presence of Defendants Van Buskirk and Larson would appear to defeat diversity jurisdiction, those Defendants were fraudulently joined to defeat diversity jurisdiction.  Defendants also assert that the amount in controversy exceeds $75,000.00, even though Plaintiffs have not made a specific demand for a precise amount.

Having reviewed the Notice of Removal, I believe that a response from Plaintiffs is warranted as to whether the case was properly removed to this Court.  Accordingly, it is

ORDERED that Plaintiffs shall file a response to the Notice of Removal on or before **Friday, June 6, 2008,** indicating whether they believe removal of the action to this Court was proper.

Dated:  May 30, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge